# BALL *v.* PECK.

### (April Term, 1867.)

EXPIRATION OF RULE — *effect thereof.* Although a rule to file abstracts may have expired, the party may still file them, and thus meet the requirement of the rule, unless he has, in the mean time, been put in default by motion.

MR. T. L. DICKEY, for the plaintiff in error, remarked to the court that a rule upon the plaintiff to file abstracts in this cause expired two days ago, and asked if he could file them now.

Per CURIAM: The abstracts can be filed now, and that will be regarded as a compliance with the rule, the party not having been put in default by motion.